UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

TY EDWARD HODGE,

                              Plaintiff,

v.

JEFFERSON COUNTY, JEFFERSON
COUNTY SHERIFF'S OFFICE, DEPUTY
JASON AVERY, individually and under
color of law, DEPUTY PETERSON,
individually and under color of law,

                              Defendants.

No. 3:26-cv-5089

NOTICE OF REMOVAL

(JEFFERSON COUNTY SUPERIOR
COURT, CAUSE NO. 26-2-00005-16)

Pursuant to 28 U.S.C. § 1443, and 28 U.S.C. § 1446, Defendant JEFFERSON COUNTY hereby removes the above-entitled action to the United States District Court for the Western District of Washington.  Defendant Jefferson County states:

The above-entitled action was filed in the Superior Court of JEFFERSON County, Cause No. 26-2-00005-16.  A true and correct copy of the Complaint is attached as **Exhibit A.**

1.      Jurisdiction of this Court is based on 28 U.S.C. § 1331, 28 U.S.C. § 1343, 28 U.S.C. §1367, 28 U.S.C. §1441, and/or 28 U.S.C. §1443.

2.      Plaintiff's various claims seek damages for $100,000.00-$125,000.00.

3.      Pursuant to 28 U.S.C. §1446(a), true and correct copies of all pleadings previously filed in Jefferson County Superior Court and/or served on Defendant Jefferson County are attached to counsel's verification.

NOTICE OF REMOVAL - 1
1329-00119/USDC Notice of Removal 787035

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.     Defendants reserve any and all affirmative defenses, including but not limited to insufficient service of process.

DATED:  January 30, 2026

KEATING, BUCKLIN & McCORMACK, INC., P.S.


By:  */s/ Ann E. Trivett*
       Ann E. Trivett, WSBA #39228
*Attorney for Defendants*

1201 Third Avenue, Suite 1580
Seattle, WA  98101
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: atrivett@kbmlawyers.com

NOTICE OF REMOVAL - 2
1329-00119/USDC Notice of Removal 787035

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendants**
Philip C. Hunsucker, WSBA #48692
Jeremiah Luther, WSBA #61918
Jefferson County Prosecuting Attorney's Office
1820 Jefferson Street/P.O. Box 1220
Port Townsend, WA 98368
360-385-9180
Email:  PHunsucker@co.jefferson.wa.us; JLuther@co.jefferson.wa.us;
LMikelson@co.jefferson.wa.us

**Pro Se Plaintiff**
Ty Edward Hodge
2023 E. Sims Way, #244
Port Townsend, WA 98368
Hodgete2014@gmail. com
Email:  Hodgete2014@gmail. com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**Pro Se Plaintiff**
Ty Edward Hodge
2023 E. Sims Way, #244
Port Townsend, WA 98368
Hodgete2014@gmail. com
Email:  Hodgete2014@gmail. com

DATED:  January 30, 2026

/s/ Ann E. Trivett
Ann E. Trivett, WSBA #39228
Email: atrivett@kbmlawyers.com

NOTICE OF REMOVAL - 3
1329-00119/USDC Notice of Removal 787035

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423